**Appeal Dismissed and Memorandum Opinion filed November 19, 2020.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-20-00283-CV

**FRANK  JOHNSON, Appellant**

**V.**

**DORENA  MARINO, Appellee**

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2020-03905**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed February 7, 2020. The clerk's record was filed May 27, 2020. The reporter's record was filed June 8, 2020. No brief was filed.

On October 8, 2020, this court issued an order stating that unless appellant filed a brief on or before November 9, 2020, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Wise and Hassan.